# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0212.  RONALD JACOBSON  vs.  STATE OF GEORGIA

Upon consideration of the "Consent Motion for Remand" filed by Appellee, State of Georgia, in the above styled case, the same is hereby GRANTED.  This case is hereby REMANDED to the Superior Court of Newton County for further proceedings.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*